# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TIMMY J. REICHLING,

        Petitioner,

V.

T.J. FIKES, et al.,

        Respondents.

Civil No. 22-81 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

Timmy J. Reichling, Reg. No, 08500-090, FCI – Seagoville, P.O. Box 9000, Seagoville, TX 75159-9000, *pro se* petitioner

Ana H Voss, Chad A Blumenfield, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on May 6, 2022. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED;**

2. Petitioner Timmy J. Reichling's Motion for Preliminary Injunction [ECF No. 7] is **DENIED.**

2

3. Petitioner Timmy J. Reichling's Motion for Preliminary Injunction and Appointment of Counsel [ECF No. 11] is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 26, 2022
in Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court