UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TIMMY J. REICHLING, | Civil No. 22-81 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| T.J. FIKES, et al., | |
| Defendants. | |

_____

Timmy J. Reichling, Reg. No. 08500-090, **FMC – Seagoville**, P.O. Box 9000, Seagoville, Texas 75159-9000, pro-se plaintiff.

Ana H Voss and Chad A. Blumenfield, **United States Attorney's Office**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, [ECF No. 49], is **GRANTED**, as set forth herein; and

2. Plaintiff's Amended Complaint is **DISMISSED** in its entirety, **WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2023       s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
     United States District Judge